UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SIMON CHIKHLADZE,
Plaintiff,

**v.**

DAVID KOFOD; NANNA HERNES; OLAF JANSEN; TINA FJORDSIDE; ANETTE HARTVIG ANDERSEN;
NIELS-ERIK BAADSGAARD; LISBETH LINDSTRØM BROSTRÖM;
ANDERS JEPPESEN; PREBEN NIELSEN; MICHAEL MESSERSCHMIDT;
NANA B. PETERSEN; and CARLSON WAGONLIT TRAVEL ("CWT"),
Defendants.

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☒ Yes ☐ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Simon Chikhladze |
| Street Address | 72 Tina Iosebidze Street |
| City and County | Tbilisi, Georgia |
| State and Zip Code | Georgia |
| Telephone Number | +995571598008 |
| E-mail Address | chosila1952@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | David Alexander Lund Kofod |
| Job or Title | Danish police officer |
| Street Address | |
| City and County | Copenhagen, Denmark |
| State and Zip Code | Denmark |
| Telephone Number | +4530571751 |
| E-mail Address | DKO001@politi.dk |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1350 (Alien Tort Statute)
28 U.S.C. § 1331 (Federal Question Jurisdiction)
Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (ratified by the United States)
International Covenant on Civil and Political Rights (ICCPR) (ratified by the United States)
Convention Relating to the Status of Refugees (Refugee Convention)

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, *(name)* ______________________________, is a citizen of the State of *(name)* ________________________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* ______________________________, is a citizen

of the State of *(name)* ______________________________ *Or* is a citizen

of *(foreign nation)* ______________________________.

If the defendant is a corporation

The defendant, *(name)* ______________________________.

is incorporated under the laws of the State of *(name)*

______________________________, and has its principal place of

business in the State of *(name)* ______________________________ *Or*

is incorporated under the laws of the State of *(foreign nation)*

______________________________, and has its principal place

of business in *(name)* ______________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

On February 11, 2019, Specific Danish officers, including those named above, intentionally confiscated Plaintiff's passport to hide a legal entry stamp in the Schengen area, denied residence perm and staged a closed-route removal operation designed for unauthorized travelers under Section 25b of the Danish Aliens Act.

On or about April 1, 2019, Danish officials attempted to arrange Plaintiff's removal through Moscow to Tbilisi. During this operation, Plaintiff was legally residing in Germany.

On or about April 29, 2019, Danish officials prepared a sham decision of arrest falsely characterizing Plaintiff as an absconded person, despite his presence in Germany.

On or about August 14, 2019, at approximately 3:00 a.m., armed personnel and a civilian employee conducted an operation at the Doberlug camp in Germany, restricting Plaintiff's physical freedom without standard judicial oversight. The same day, Plaintiff was transferred to Copenhagen in custody of Danish police in Ellebæk jail.

On September 6, 2019, the officers actively conducted refoulement from the Schengen Zone. They purposely avoided contacting U.S. authorities because doing so would have slowed the administrative processing and transmission of data to CWT/Sato systems located in the United States—specifically systems or personnel in Virginia, Missouri, Texas, and Minnesota.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

A. Compensatory damages in an amount proven at trial, including but not limited to:
- Damages for arbitrary detention and false imprisonment
- Damages for denial of access to counsel
- Damages for torture and cruel, inhuman, or degrading treatment
- Damages for emotional distress and psychological injury.

B. Punitive damages against any Defendant whose conduct is proven to have been malicious, oppressive, or reckless.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒ No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒ No ☐

Do you claim punitive monetary damages?

Yes ☒ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

In an amount proven at trial. The wrongs are continuing to occur now. Inhumane and degrading treatment, physical and psychological harm, several arbitrary denials to leave country legally.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of August, 20 26.

Signature of Plaintiff(s) /s/ Simon Chikhladze

Simon Chikhladze

*Attachment*

**B. DEFENDANTS**

Defendant No. 1:
Name: David Kofod
Job or Title: Danish Police Officer
Street Address:
City and County: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number: +4530571751
E-mail Address: DKO001@politi.dk
Capacity: Individual capacity

Defendant No. 2:
Name: Nanna Hernes
Job or Title: Official, Danish Immigration Service
Street Address:
City and County: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number:
E-mail Address:
Capacity: Individual capacity

Defendant No. 3:
Name: Olaf Jansen
Job or Title: director, Central Foreigners Authority (Brandenburg) in 2019-2026
Street Address: Poststraße 72
City and County: Eisenhuttenstadt, Germany
State and Zip Code: Brandenburg 15890
Telephone Number: +49 3364427-0
E-mail Address: poststellezabh@zabh.brandenburg.de
Capacity: Individual capacity

Defendant No. 4:
Name: Tina Fjordside
Job or Title: Danish Police Officer
Street Address:
City and County: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number:
E-mail Address:
Capacity: Individual capacity

Defendant No. 5:
Name: Anette Hartvig Andersen

Job or Title: Danish Police Officer
Street Address:
City and County: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number:
E-mail Address:
Capacity: Individual capacity

Defendant No. 6:
Name: Niels-Erik Baadsgaard
Job or Title: Danish Police Officer
Street Address:
City and County: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number: +45293381448
E-mail Address: NHA004@politi.dk
Capacity: Individual capacity

Defendant No. 7:
Name: Lisbeth Lindstrøm Broström
Job or Title: Danish Police Officer
Street Address:
City and County: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number: +4560936624
E-mail Address: lbr005@politi.dk
Capacity: Individual capacity

Defendant No. 8:
Name: Anders Jeppesen
Job or Title: Danish Police Officer
Street Address:
City and County: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number:
E-mail Address:
Capacity: Individual capacity

Defendant No. 9:
Name: Preben Nielsen
Job or Title: Danish Police Officer
Street Address:
City and County: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number:
E-mail Address:

Capacity: Individual capacity

Defendant No. 10:
Name: Michael Messerschmidt
Job or Title: Danish Police Officer
Street Address:
City and County: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number:
E-mail Address:
Capacity: Individual capacity

Defendant No. 11:
Name: Nana Petersen
Job or Title: Danish Police legal consultant
Street Address:
City and county: Copenhagen, Denmark
State and Zip Code: Denmark
Telephone Number:
E-mail Address:
Capacity: Individual capacity

Defendant No. 12:
Name: Carlson Wagonlit Travel (CWT)
Job or Title: Commercial Travel Agency / Corporation
Street Address: CWT headquarters — Minneapolis, MN
City and County: Minneapolis, Hennepin County
State and Zip Code: Minnesota 55401
Telephone Number:
E-mail Address:
Capacity: Corporate entity